### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**BEACH COMMUNITY BANK**                                      **PLAINTIFF**

**v.**                                                       **CIVIL NO. 1:15cv4-HSO-JCG**

**CUSHMAN & WAKEFIELD OF GEORGIA,**
**INC., SCOTT R. TONNESON,**
**AND JOHN DOES 1-10**                                       **DEFENDANTS**


### FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case and

relevant legal authority, finds that in accord with its Memorandum Opinion and

Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is

**DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 13th day of February, 2017.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE